**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA : No. 71 EM 2023
:
:
v. :
:
:
GRANT A. BARBOUR :
:
:
PETITION OF: JAMES R. LLOYD, III, ESQ. :


## ORDER


**PER CURIAM**

 **AND NOW**, this 24th day of January, 2024, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County to determine whether to permit Attorney James R. Lloyd, III, to withdraw. In the event counsel is granted leave to withdraw, the Court of Common Pleas of Philadelphia County is to resolve any related issues, including whether to appoint new counsel or to permit Grant A. Barbour to proceed *pro se*.

 The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.